# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2011

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Dore, Timothy W. | 2. Court or Organization<br><br>Bankruptcy Court - Western Washington | 3. Date of Report<br><br>04/20/2012 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. Bankruptcy Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial   ☑ Annual    ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2011<br>to<br>12/31/2011 |

| 7. Chambers or Office Address<br><br>700 Stewart Street, Room 8131<br>Seattle, WA 98101 |
|---|

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐   NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Member | Ryan, Swanson & Cleveland, PLLC - See Part VIII |
| 2. | Member | Westrend Holdings LLC - See Part VIII |
| 3. | Member | Bull Stick Stables LLC - See Part VIII |
| 4. | Co-personal representative | Estate #1 - See Part VIII |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐   NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 12/23/09 | Ryan Retirement Plan and Trust (retirement plan with former law firm (Ryan, Swanson & Cleveland, PLLC)) - See Part VIII |
| 2. | 01/01/11 | Ryan, Swanson & Cleveland, PLLC Operating Agreement (former law firm; my membership terminated April 1, 2011) - See Part VIII |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dore, Timothy W. | 04/20/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 01/01/2011 | Ryan, Swanson & Cleveland, PLLC - compensation for legal services. See Part VIII | $80,767.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 01/01/2011 | Wood & Jones P.S. - DP's salary for legal services. See Part VIII |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Dore, Timothy W.** | 04/20/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✔] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Pacific Crest Savings Bank | Guaranty of loan to Westrend Holdings LLC. See Part VIII | M |
| 2. | Chase | Guaranty of loan to Westrend Holdings LLC. See Part VIII | M |
| 3. | DP: Chase | Mortgage on rental property in Baggs, Wyoming | M |
| 4. | DP: Bank of America | Credit card/Line of credit | K |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dore, Timothy W. | 04/20/2012 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Investment Real Property, Lake Forest Park, WA | | None | | | Sold | 06/30/11 | N | A | Scott and Sheri Holt |
| 2. DP: Investment Real Property, Baggs, WY | E | Rent | M | W | | | | | |
| 3. Chase (bank accounts) | A | Interest | M | T | | | | | |
| 4. Wells Fargo (bank accounts) | A | Interest | K | T | | | | | |
| 5. E-Trade (bank accounts) | A | Interest | M | T | | | | | |
| 6. E-Trade (brokerage account) | | | | | | | | | |
| 7. --GOOG | | None | | | Sold | 09/28/11 | J | B | |
| 8. --WAMUQ | | None | | | Sold | 07/11/11 | J | A | |
| 9. --YHOO | | None | | | Sold | 09/28/11 | J | A | |
| 10. --Cash | A | Interest | J | T | | | | | |
| 11. Bull Stick Stables LLC (67% of private company) | | None | | | Closed | 10/27/11 | J | A | See Part VIII |
| 12. DP: Bull Stick Stables LLC (33% of private company) | | None | | | Closed | 10/27/11 | J | A | See Part VIII |
| 13. Westrend Holdings LLC (35% of private company) | | | | | Sold | 12/31/11 | J | A | Rik Jones |
| 14. --Investment Real Property, Seattle, WA | | None | N | W | | | | | See Part VIII |
| 15. --Investment Real Property, Shoreline, WA | | None | N | W | | | | | See Part VIII |
| 16. Ryan Retirement Plan & Trust | | | | | | | | | |
| 17. --MainStay Large Cap Growth | | None | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dore, Timothy W. | 04/20/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. --Schwab S&P 500 Index | | None | L | T | | | | | |
| 19. --American Beacon Small Cap Value | | None | K | T | | | | | |
| 20. --Columbia Acorn Z | | None | M | T | | | | | |
| 21. --Eagle Small Cap Growth | | None | K | T | | | | | |
| 22. --American Funds EuroPacific Growth | | None | M | T | | | | | |
| 23. --Janus Balanced S | | None | M | T | | | | | |
| 24. DP: Vacant Land, Cody, WY (50% interest in two lots) | | None | K | W | | | | | |
| 25. DP: Whole Life insurance - New York Life | | None | L | T | | | | | |
| 26. DP: IRA - Fidelity Destiny Plan | | None | K | T | | | | | |
| 27. DP: Bank of America (bank accounts) | A | Interest | J | T | | | | | |
| 28. DP: Chase (bank accounts) | A | Interest | J | T | | | | | |
| 29. Estate #1 - See Part VIII | | | | | | | | | |
| 30. --Residential Real Property, Seattle, WA | | None | N | W | | | | | |
| 31. --Personal Property | | None | K | W | | | | | |
| 32. --Chase (bank accounts) | | None | L | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dore, Timothy W. | 04/20/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1) Part I, Item 1: Terminated April 1, 2011.

2) Part I, Item 2: Terminated December 31, 2011.

3) Part I, Item 3: Terminated October 27, 2011.

4) Part I, Item 4: Estate came into existence as the result of the death of a family member on March 21, 2012.

5) Part II, Item 1: Agreement dated 12/23/09 (updated from March 2003). 100% vested; no longer allowed to contribute; no control other than over my own vested interest in the plan.

6) Part II, Item 2: Agreement dated 01/01/11 (this was the effective date of an amended and restated agreement). Entitled to compensation for work performed in 2011 which was paid in 2011.

7) Part III, Item A.1: Payments were received sporadically during 2011 as final compensation for services performed through April 1, 2011.

8) Part III, Item B.1: January 2011 - December 2011. The abbreviation "DP" throughout this report designates my non-spouse domestic partner.

9) Part VI, Item 1: Loan is secured by property owned by Westrend Holdings LLC and is paid by Westrend Holdings LLC.

10) Part VI, Item 2: Loan is secured by property owned by Westrend Holdings LLC and is paid by Westrend Holdings LLC.

11) Part VII, Items 11-12: The business was closed and the entity dissolved on October 27, 2011.

12) Part VII, Items 14-15: These two properties are still owned by Westrend Holdings, LLC. I sold my interest in Westrend Holdings, LLC per Part VII, Item 13 and, therefore, have no further interest in the two properties owned by Westrend Holdings, LLC.

13) Part VII, Item 29: Assets are being identified even though estate did not come into existence until March 21, 2012 because co-personal representative status had to be disclosed in Part I.

| Name of Person Reporting | Date of Report |
| --- | --- |
| Dore, Timothy W. | 04/20/2012 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Timothy W. Dore**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544